# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LEECH LAKE BAND OF OJIBWE,<br><br>  Plaintiff,<br><br>  v.<br><br>THE 3M COMPANY;<br>BASF CORPORATION;<br>THE CHEMOURS COMPANY FC, LLC;<br>CORTEVA, INC.;<br>DUPONT DE NEMOURS INC.;<br>E.I. DUPONT DE NEMOURS AND COMPANY;<br>and<br>TYCO FIRE PRODUCTS LP,<br><br>  Defendants. | Civil Action No. 25-CV-3930<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT TYCO FIRE PRODUCTS LP** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Tyco Fire Products LP states that it is a wholly owned subsidiary of Johnson Controls International PLC, an Irish public limited company listed on the New York Stock Exchange [NYSE: JCI]. Tyco Fire Products LP also states that Johnson Controls International PLC [NYSE: JCI] holds 10% or more of its stock.

Dated: October 13, 2025

Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

s/ *John D. Sear*
John D. Sear (#222252)
1600 Utica Avenue South, Suite 600
Minneapolis, MN 55416
Tel.: (612) 464-4500
john.sear@nelsonmullins.com

*Attorneys for Defendant*
*Tyco Fire Products LP*